IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TERRY WILSON,

    Plaintiff,

  v.                                       No. CIV 13-1034 KG/LAM

GEO INCORP C/O WARDEN JANECKA,
LIEUTENANT BUNGALEU,
SARGEANT PERRY,
WARDEN JANECKA,
IN THEIR INDIVIDUAL CAPACITY,

    Defendants.

## JUDGMENT

THIS MATTER having come before the Court *sua sponte* under 28 U.S.C. § 1915(e)(2) and rule 12(b)(1), (6) of the Federal Rules of Civil Procedure; and the Court having entered an order dismissing Plaintiff's complaint,

IT IS THEREFORE ORDERED that judgment is hereby entered in favor of Defendants, and this action is DISMISSED.

_____
UNITED STATES DISTRICT JUDGE